MEMO ENDORSED

# SUSSMAN & ASSOCIATES
## ~Attorneys at Law~

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN

**1 Railroad Ave. - Suite 3**
**P.O. Box 1005**
**Goshen, New York 10924**

MONICA PONCE-AGREDANO
LEGAL ASSISTANT

**(845) 294-3991**
Fax: (845) 294-1623
sussman1@sussman.law

8/30/22

Hon. Nelson S. Roman
United States District Court – SDNY
300 Quarropas Street
White Plains, Ny 10601

4588
RE: **Bunten v. Newburgh, 21cv 4009 (NSR)(AEK)**

Dear Judge Roman:

I represent plaintiff and write on consent of defendants' counsel and at the suggestion of Magistrate Judge Krauss.

Currently, this court has scheduled a post-discovery conference for 9/9/22. As Magistrate Judge Krauss extended discovery until and through October 24, 2022, we respectfully request adjournment of this conference and its re-scheduling for a date after October 24, 2022.

Thank you for your consideration in these regards and we do expect to complete discovery by the revised deadline.

Respectfully submitted,

Michael H. Sussman

cc: Mr. Mehnart, Esq. for defendants

**In light of the extension of the discovery deadlines, the parties' request to adjourn the telephonic Status Conf. from Sept. 9, 2022 until Nov. 4, 2022 at 10:00 am is GRANTED. Counsel are directed to this Court's Order (ECF No. 21) for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 29.**
**Dated: White Plains, NY**
**August 30, 2022**

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022