



534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

LAUREN SCHNITZER
PARTNER

DIRECT DIAL: (631) 414.5849
LS@LAMBBARNOSKY.COM

November 3, 2022

By ECF
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Bunten, et al. v. Donat, et al.
Docket No.: 21-CV-04588 (NSR)(AEK)

**In light of the extension of the discovery deadlines, the Defts' request to adjourn the telephonic Status Conf. from Nov. 9, 2022 until Jan. 19, 2023 at 11:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 35 for dial-in instructions. Clerk of Court is requested to terminate the motion at 37.**
**Dated: White Plains, NY**
**Nov. 4, 2022**  SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román:

We are counsel to Defendants City of Newburgh, Joseph Donat, George Garrison and William Horton.

Yesterday, Magistrate Judge Krause granted the parties' request to extend the deadline for the completion of discovery until December 22, 2022. In the interest of judicial economy, the parties respectfully request that the telephonic Status Conference with Your Honor scheduled for November 9, 2022 be adjourned until after December 22, 2022, the new close of discovery. Plaintiffs' counsel consents in this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Lauren Schnitzer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2022

cc: Michael Sussman, Esq.
Richard K. Zuckerman, Esq.