**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PATRICIA BUNTEN, ET AL.,

                          Plaintiffs,                    21 **CIVIL** 04588 (NSR)

        -against-                               **<u>JUDGMENT</u>**

JOSEPH DONAT, ET AL.,

                          Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion & Order dated June 8, 2026, the City's motion for judgment on

the pleadings is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

      June 8, 2026

                                         **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                  **BY:**

                                          **Deputy Clerk**